Aline L. Friedberg, complainant, v. Frank Flower et al., defendants. Mamie Parris, administratrix of the estate of Maggie McKimmon, deceased, appellee, v. Frank Flower, appellant. Gen. No. 36,688.

Opinion filed May 2, 1934.

Ossian Cameron and Edward H. S. Martin, for appellant. Henry K. Loeb, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Caledonian Insurance Company of Scotland et al., plaintiffs in error, v. Imperial Assurance Company of New York, defendant in error. Gen. No. 36,735.

Opinion filed May 2, 1934.

Arthur W. Klein, for plaintiffs in error. P. C. Sheehan, for defendant in error.

Mr. Presiding Justice Hall delivered the opinion of the court.

M. M. Sugg, appellee, v. Erwin Kostka, appellant. Gen. No. 36,887.

Opinion filed May 2, 1934. Rehearing denied May 16, 1934.

McKenna, Harris & Schneider, for appellant; James J. McKenna, Louis Gershon and Abraham W. Brussell, of counsel. Sam W. Gilbert and S. S. Day, for appellee; John J. Sherlock, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. John Moroney, appellee, v. James P. Allman et al., appellants. Gen. No. 36,745.

Opinion filed May 2, 1934.

William H. Sexton, Corporation Counsel, for appellants; Otto F. Weiner and William V. Daly, Assistant Corporation Counsel, of counsel. Johntry & FitzGerald, for appellee; John H. Johntry, John O'C. FitzGerald and George F. Ort, of counsel.

Mr. Justice Hebel delivered the opinion of the court.